United States District Court
Western District of New York
Carolette Meadows

        Plaintiff,

                                      Supplemental Pleadings
                                      Case No. 1:21-cv-00449

Rachel Eckert
Buffalo Police
Et al
        Defendants.

---

Plaintiff, Carolette Meadows, would like to amend her complaint to add her most recent claims against Erie County, John Flynn, and John Shoemick. Plaintiff's claims are as follows:

- Defendant Eckert did have criminal charges against the Plaintiff
- The ECDAs office was prosecuting the Plaintiff
- Plaintiff did have criminal, felony, charges against defendant Eckert for assault
- Defendant Shoemick did wrongfully and inappropriately alter the charge from a felony to a misdemeanor
- The ECDAs office did wrongfully handle all other misdemeanor charges against Eckert
- The Plaintiff was subjected to two years of emotional distress by repeatedly having to fight about cases that were being handled inappropriately against Eckert
- Plaintiff did have another felony charge against Eckert for using a biological weapon. Ie: COVID
- Special Prosecutor Stephen Dilorenzo, acting on behalf of the ECDA did willfully withhold facts and evidence from the grand jury regarding the felony hearing by not showing the videos of Eckert and not disclosing Buffalo City COurt transcripts where Eckert's attorney disclosed to the court that Eckert would not be in court due to COVID quarantine
- As a result of facts and evidence not being submitted, the grand jury returned a "no bill" on Eckert
- Stphen Dilorenzo was replaced by Chris Starosik as special prosecutor for Erie County

- Chrish Starosik did violate the verbal agreement that the Plaintiff held with Stephen Dilorenzo to not lower charges any further for Eckert and to only accept a plea to the misdemeanor by informing Plaintiff that he was going to offer a plea to harassment and that the Plaintiff "had no choice in the matter because he (I) am the prosecutor."
- Plaintiff did FOIL Eckert's prosecution file and found that Cris Starosik, the new special prosecutor, acting on behalf of Erie County, had more information about the Plaintiff than Eckert. The only information found regarding Eckert were her statements to police and Erie County Investigators to defend her actions and her RAP sheet which stated there were two prior assaults, a trespass, harassment, telephone harassment, larceny, endangering a child, etc but had no dispositions or complaints included with the file
- The file did also contain a court transcript that disclosed Eckert was on COVID quarantine
- Meadows did send emails demanding justification of harassment in light of the RAP sheet, why information was withheld from the grand jury, and questioning the refiling of charges and reconvening the grand jury
- After Plaintiff's discovery, all charges against Eckert were dismissed by Judge Jaharr Pridgen based on the defense motion to dismiss citing the the ECDA created a conflict of interest by changing charges, handling the cases, and filing for trial readiness BEFORE recusing and for a special prosecutor.
- All parties have refused communication with Plaintiff on the matter.
- Plaintiff is affirming her position of an intentional mishandling of cases by the ECDA and two years of intentional infliction of emotional distress in dragging out cases they never intended to fairly prosecute and sabotaging them in order to further retaliate against the Plaintiff.

Wherefore, the Plaintiff is requesting to amend her demand from the ECDAs to $50 million (thirty million dollars USD) for the pain, anguish, humiliation, retaliation, harassment, misrepresentation, and violation of rights/due process that she was and is entitled to.

July 12, 2022

Carolette Meadows